UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

INVERNESS MEDICAL INNOVATIONS, INC.,
INVERNESS MEDICAL SWITZERLAND GMBH, and
SPD SWISS PRECISION DIAGNOSTICS GMBH.

    Plaintiffs,

v.

CHURCH & DWIGHT COMPANY, INC.,

    Defendant.

Civil Action No. 10-10027 (DPW)

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT
PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL RULE 7.3**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, plaintiff Inverness Medical Innovations, Inc., through its undersigned counsel, discloses that it has no parent and that no publicly held corporation owns 10% or more of its stock.

Plaintiff Inverness Medical Switzerland GmbH, through its undersigned counsel, discloses that its parent is Inverness Medical Innovations, Inc.

Plaintiff SPD Swiss Precision Diagnostics GmbH, through its undersigned counsel, discloses that Inverness Medical Innovations, Inc. and Procter & Gamble, both publicly held companies, own 10% or more of its stock.

Respectfully submitted,

INVERNESS MEDICAL INNOVATIONS, INC.,
INVERNESS MEDICAL SWITZERLAND
GMBH, and SPD SWISS PRECISION
DIAGNOSTICS GMBH,

By their attorneys,

**/s/ Michael J. Pineault**
Michael J. Pineault (BBO# 555314)
CLEMENTS & PINEAULT, LLP
24 Federal Street
Boston, MA 02110
857-445-0135
mpineault@clementspineault.com

Dated:  January 8, 2010


**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants simultaneously with the service of the Summons and Complaint.

**/s/ Michael J. Pineault**
Michael J. Pineault