AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __of Massachusetts__ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>10-cv-10027 | DATE FILED<br>1/8/2010 | U.S. DISTRICT COURT<br>of Massachusetts |
|---|---|---|
| PLAINTIFF<br>Alere Inc., Alere Switzerland GmbH, SPD Swiss Precision Diagnostics GmbH | | DEFENDANT<br>Church & Dwight Company, Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 7,317,532 | 1/8/2008 | Alere Switzerland GmbH |
| 2 | | | (f/k/a Inverness Medical Switzerland GmbH) |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☑ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 7,239,394 | 7/3/2007 | Alere Switzerland GmbH |
| 2 | | | (f/k/a Inverness Medical Switzerland GmbH) |
| 3 | 7,315,378 | 1/1/2008 | Alere Switzerland GmbH |
| 4 | | | (f/k/a Inverness Medical Switzerland GmbH) |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1**—Upon initiation of action, mail this copy to Director      **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director      **Copy 4**—Case file copy